**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| QUINCEY MINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-1932-JMS-MPB |
| ) | |
| AARON BRROKS, WATERS, LYEBURGER, ) | |
| HENSLEY, ROBERT BROOKS, ) | |
| ) | |
| Defendant. ) | |

**Entry Directing Further Proceedings**

The plaintiff shall have **through August 25, 2016,** in which to either pay the $400.00 filing fee for this action or demonstrate that he lacks the financial ability to do so. If he seeks leave to proceed *in forma pauperis*, his request must be accompanied by a certificate of his inmate trust account (or institutional equivalent) during the 6-month period preceding the filing of the complaint on July 21, 2016.

**IT IS SO ORDERED**.

Date: July 27, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Quincey Minton, #153971
Pendleton Correctional Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064