THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

**RECEIVED**

AUG 29 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



**DELAWARE COUNTY**

RAY DUDLEY

JUSTICE CENTER • 100 WEST WASHINGTON STREET
MUNCIE, INDIANA 47305

VAC

Aaron Brooks
1504 W CR 1200 N
~~[redacted]~~
Muncie 47303

```
NIXIE         462  5C  1             8608/26/16
         RETURN TO SENDER
              VACANT
         UNABLE TO FORWARD
BC: 46204199999    2184N239172-00037
```