# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

## NOTICE OF APPEARANCE

| | |
|---|---|
| QUINCEY PHILLIP MINTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:16-CV-1932-JMS-MPB |
| AARON BROOKS, C.O., WATERS, C.O., LYEBURGER, C. O., HENSLEY, C.O, and ROBERT BROOKS, SERGANT [SIC], | ) ) ) ) |
| Defendants. | ) ) |

**To the Clerk of this court and all parties of record:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Aaron Brooks, C.O., Waters, C.O., Lyeburger, C.O., Hensley, C.O., and Robert Brooks, Sergant [sic].**

| | |
|---|---|
| September 28, 2016 | /s/ Matthew L. Hinkle |
| *Date* | *Signature* |
| | Matthew L. Hinkle  # 19396-29 |
| | *Print Name*   *Bar Number* |
| | 255 E. Carmel Drive |
| | *Address* |
| | Carmel    IN    46032-2689 |
| | *City    State  Zip Code* |
| | (317) 844-4693   (317) 573-5385 |
| | *Phone Number   Fax Number* |
| | mhinkle@chwlaw.com |
| | *Email* |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 28, 2016**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by First Class United States Mail.

    Quincey Phillip Minton – 153971
    Pendleton – CIF
    Correctional Industrial Facility
    Inmate Mail/Parcels
    5124 W. Reformatory Road
    Pendleton, IN 46064

    /s/ Matthew L. Hinkle
    Matthew L. Hinkle, #19396-29

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 - Telephone
(317) 573-5385 - Facsimile
Email: mhinkle@chwlaw.com