UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| QUINCEY PHILLIP MINTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Cause No. 1:16-CV-1932-JMS-MPB |
| AARON BROOKS, C.O., WATERS, C.O., | ) |
| LYEBURGER, C. O., HENSLEY, C.O, | ) |
| and ROBERT BROOKS, SERGANT [SIC], | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS SGT. ROBERT BROOKS AND C.O. WATERS MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, Sgt. Robert Brooks and Waters, C.O. Waters, by counsel, having filed their Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint, and the Court having examined said Motion and being duly advised in the premises, now finds that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendants Sgt. Robert Brooks and C.O. Waters shall file their responsive pleading(s) to Plaintiff's Complaint on or before November 14, 2016

DATED: October 18, 2016

_Hon. Jane Magnus-Stinson, Judge_
United States District Court
Southern District of Indiana

Distribution:

- Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

- Service on the below listed individuals will be made in the traditional paper manner, via first-class U. S. Mail:

Quincey Phillip Minton – 153971
Pendleton – CIF
Correctional Industrial Facility
Inmate Mail/Parcels
5124 W. Reformatory Road
Pendleton, IN 46064