# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| QUINCEY PHILLIP MINTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Cause No. 1:16-CV-1932-JMS-MPB |
| AARON BROOKS, C.O., WATERS, C.O., | ) |
| LYEBURGER, C. O., HENSLEY, C.O, | ) |
| and ROBERT BROOKS, SERGANT [SIC], | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant C.O. Lybarger, by counsel, having filed his Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint, and the Court having examined said Motion and being duly advised in the premises, now finds that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant shall file his responsive pleading to Plaintiff's Complaint on or before November 14, 2016.

DATED: November 14, 2016

_(signature)_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

As per L.R. 5.5(d):

➢ Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

➢ Service on the below listed individuals will be made in the traditional paper manner, via first-class U. S. Mail:

Quincey Phillip Minton – 153971
Pendleton – CIF
Correctional Industrial Facility
Inmate Mail/Parcels
5124 W. Reformatory Road
Pendleton, IN 46064