# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| QUINCEY PHILLIP MINTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Cause No. 1:16-CV-1932-JMS-MPB |
| AARON BROOKS, C.O., WATERS, C.O., | ) |
| LYEBURGER, C. O., HENSLEY, C.O, | ) |
| and ROBERT BROOKS, SERGANT [SIC], | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS SGT. BROOKS, C.O. WATERS, C.O. LYBARGER, C.O. HENSLEY'S ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Sgt. Robert Brooks, C.O. Waters, C.O. Lybarger (incorrectly denoted as Lyeburger in the caption), and C.O. Hensley, by counsel, for their Answer to Plaintiff's Complaint, state as follows:

## I. PARTIES

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained within Section I, paragraph 1, of Plaintiff's Complaint.

2. Defendants admit they are named as Defendants in this matter, either work for or did work for the Delaware County Jail, as alleged within Section I, paragraph 2 of Plaintiff's Complaint. Defendants deny that the addresses listed for Lybarger and Hensley are correct as alleged within Section I, paragraph 2 of Plaintiff's Complaint.

1

## II.    JURISDICTION

3. Defendants admit jurisdiction is proper under 28 U.S.C. § 1331, admit venue is proper in this court, but deny the remaining assertions or statements.

## III.    BASIS FOR CLAIMS

4. Statements and/or assertions contained in Section III are introductory in nature and are not averments of a claim or claims against Defendants and, therefore, not susceptible to admission or denial. To the extent any statements may be read otherwise, Defendants admit Plaintiff brings claims pursuant to 42 U.S.C.§ 1983.

## IV.    CLAIMS

Plaintiff's narrative does not comport with F.R.C.P. 8 requirement that a claim for relief must contain a short and plain statement of the claim showing that the pleader is entitled to relief. Therefore, this narrative is not proper- it does not state a claim for relief and is not susceptible to admission or denial. To the extent any statements may constitute properly formed averments, Defendants deny Plaintiff's factual recitation- other than the date, the fact that Plaintiff used profanity, had to be escorted out of the cell-block, and was treated for any injuries- all of which occurred in a lawful manner. The information conveyed in Section IV of Plaintiff's Complaint is false. Consequently, all allegations that the Defendants violated any right of the Plaintiff or caused him any damages or harm is hereby denied. To the extent allegations are asserted against other individuals or non-parties, Defendants are without knowledge or information sufficient to form a belief as to the truth of such allegations contained in Section IV of Plaintiff's Complaint and otherwise deny all allegations of causation, liability, and damages.

Claim I, II, III: Denied. Defendants incorporate their responses to the preceding rhetorical paragraphs including all denials hereto.

## V. PREVIOUS LAWSUIT AND ADMINISTRATIVE RELIEF

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the material allegations contained within Section V, paragraph 1 of Plaintiff's Complaint.

6. No allegation is made in Section V, paragraph 2, so no response is necessary.

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

7. No allegation is made in Section VI, paragraph 1, so no response is necessary.

## VII. REQUEST FOR RELIEF

No allegation is made in Section VII and no request for relief is stated. Defendants deny Plaintiff is entitled to any relief.

Any allegations, whether of fact or law, in the Plaintiff's Complaint not specifically admitted or denied herein are hereby DENIED. Defendants reserve the right to amend their Answer as justice may require.

WHEREFORE, Defendants, Sgt. Robert Brooks, C.O. Waters, C.O. Lybarger, and C.O. Hensley, by counsel, request that judgment be entered herein in favor of Defendants and against Plaintiff; and that the Court grant Defendants all other just and proper relief in the premises.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

/s/ Cory C. Voight
Matthew L. Hinkle, #19396-29
Cory C. Voight, #23180-49
*Attorneys for Defendants*

## JURY DEMAND

Defendants request trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

Subject to ongoing investigation and discovery and without waiving any of the defenses set forth above, or any other defenses available at law or equity, Defendants Sgt. Robert Brooks, C.O. Waters, C.O. Lybarger, and C.O. Hensley, by counsel, respectfully assert the following defenses to the allegations in the Complaint:

1. The Complaint fails to state a claim for which relief may be granted.

2. Plaintiff's rights, privileges and immunities secured under the Constitution or laws of the United States have not been violated by any alleged actions or inactions of the Defendants.

3. Defendants are entitled to qualified immunity from liability because they did not violate any federal right of Plaintiff that was clearly established or would have been known to a reasonable person at that time of the alleged violation.

4. Plaintiff may have failed to exhaust administrative remedies prior to bringing this lawsuit including but not limited to those required under the PLRA as a condition precedent to filing suit. Defendants are further investigating this affirmative defense and asserting it here to preserve it. Defendants will file a notice with the court in thirty (30) days if they believe that the defense should be withdrawn.

5. Defendants' actions were reasonably related to a legitimate penological interest.

6. Defendants did not directly participate in any alleged deprivation of Plaintiff's constitutional rights.

7. To the extent Defendants used force upon Plaintiff, such force was utilized in a reasonable manner in the context of maintaining safety and security, in good faith to maintain or restore discipline.

8. Plaintiff may have failed to mitigate his damages to the extent they are found to exist.

9. The actions or inactions of Defendants did not cause Plaintiff's injuries and were not the proximate cause of Plaintiff's injuries. Plaintiff caused, contributed to causing, and incurred the risk of injury by his actions.

10. Plaintiff is not entitled to compensatory damages pursuant to 42 U.S.C. § 1997e (e).

11. The Defendants expressly reserve all immunities to which they are entitled under the laws of the State of Indiana or the United States of America.

12. Defendants hereby reserve any and all right they may raise as additional defenses as discovery in this cause continues and is ongoing.

WHEREFORE, Defendants, Sgt. Robert Brooks, C.O. Waters, C.O. Lybarger, and C.O. Hensley, by counsel, request that judgment be entered herein in favor of Defendants and against Plaintiff; and that the Court grant Defendants all other just and proper relief in the premises.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

/s/ Cory C. Voight
Matthew L. Hinkle, #19396-29
Cory C. Voight, #23180-49
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on **November 14, 2016**, a copy of the foregoing was filed electronically and service of the foregoing was made on the below listed individuals in the traditional paper manner, via first-class U. S. Mail:

    Quincey Phillip Minton – 153971
    Pendleton – CIF
    Correctional Industrial Facility
    Inmate Mail/Parcels
    5124 W. Reformatory Road
    Pendleton, IN 46064

                                                               /s/ Cory C. Voight
                                                               Matthew L. Hinkle, #19396-29
                                                               Cory C. Voight, #23180-49

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 - telephone
(317) 573-5385 - facsimile
Email: mhinkle@chwlaw.com
        cvoight@chwlaw.com