# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| QUINCEY MINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-1932-JMS-MPB |
| ) | |
| AARON BROOKS, WATERS, LYBARGER, ) | |
| HENSLEY, ROBERT BROOKS, ) | |
| ) | |
| Defendants. ) | |

## Entry

Defendants Sgt. Robert Brooks, C.O. Waters, C.O. Lybarger, and C.O. Hensley have all appeared and filed an answer in this action. The Court also mailed a copy of the complaint, screening Entry, and waiver forms to defendant Aaron Brooks. However, the waiver forms were returned to the Court on August 29, 2016, marked undeliverable. [dkt. 7]. It is the Court's responsibility to attempt to serve the defendants. To that end, the Court is requesting that counsel for the defendants that have appeared notify the Court as to the current address, if known, for defendant Aaron Brooks by December 15, 2016.

The motion for extension of time to file a responsive pleading [dkt. 17] is **denied** as moot as the defendants filed an answer on November 14, 2016.

Finally, **the clerk is instructed** to update the docket to reflect the correct spelling of defendant Lybarger's name.

**IT IS SO ORDERED**.

Date: November 15, 2016

_Hon. Jane Magnus-Stinson, Judge_
United States District Court
Southern District of Indiana

**NOTE TO CLERK:** PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

Distribution:

Electronically registered counsel

Quincey Minton, #153971
Pendleton Correctional Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064