**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| QUINCEY MINTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:16-cv-1932-JMS-MPB |
| AARON BROOKS, WATERS, LYBARGER, HENSLEY, ROBERT BROOKS, | ) ) ) ) |
| Defendants. | ) |

### Entry

On November 15, 2016, the Court requested that counsel for the defendants notify the Court as to the current address, if known, for defendant Aaron Brooks by December 15, 2016.

Counsel is notified they are permitted to file the address for defendant Aaron Brooks *ex parte*.

**IT IS SO ORDERED**.

Date: November 18, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel

Quincey Minton, #153971
Pendleton Correctional Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064