UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| QUINCEY MINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-1932-JMS-MPB |
| | ) |
| AARON BROOKS, WATERS, LYEBARGER, | ) |
| HENSLEY, ROBERT BROOKS, | ) |
| | ) |
| Defendants. | ) |

## Entry

The clerk is again designated pursuant to *Fed. R. Civ. P.* 4(c) to issue process to the defendant Aaron Brooks in the manner specified by Rule 4(d). Process shall consist of the complaint [dkt. 1], applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), the screening Entry [dkt. 5], and **this Entry**.

**IT IS SO ORDERED.**

Date: November 30, 2016

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

Distribution:

Quincey Minton, #153971
Pendleton Correctional Facility
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064

Electronically registered counsel

Aaron Brooks
Address filed ex parte
See docket 22