# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| QUINCEY PHILLIP MINTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Cause No. 1:16-CV-1932-JMS-MPB |
| AARON BROOKS, C.O., WATERS, C.O., ) | |
| LYEBURGER, C. O., HENSLEY, C.O, ) | |
| and ROBERT BROOKS, SERGANT [SIC], ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT AARON BROOKS'
## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, C.O. Aaron Brooks, by counsel, for their Answer to Plaintiff's Complaint, states as follows:

### I. PARTIES

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained within Section I, paragraph 1, of Plaintiff's Complaint.

2. Defendant admits that the other Defendants and he are named as Defendants in this matter, and either work for or did work for the Delaware County Jail, as alleged within Section I, paragraph 2 of Plaintiff's Complaint. Defendant denies that the addresses listed for Lybarger (incorrectly denoted as Lyeburger in the Complaint), Hensley, and him are correct as alleged within Section I, paragraph 2 of Plaintiff's Complaint.

### II. JURISDICTION

3. Defendant admits jurisdiction is proper under 28 U.S.C. § 1331, admits venue is proper in this court, but denies the remaining assertions or statements.

### III. BASIS FOR CLAIMS

4. Statements and/or assertions contained in Section III are introductory in nature and are not averments of a claim or claims against Defendant and, therefore, not susceptible to admission or denial. To the extent any statements may be read otherwise, Defendant admits Plaintiff brings claims pursuant to 42 U.S.C.§ 1983.

### IV. CLAIMS

Plaintiff's narrative does not comport with F.R.C.P. 8 requirement that a claim for relief must contain a short and plain statement of the claim showing that the pleader is entitled to relief. Therefore, this narrative is not proper- it does not state a claim for relief and is not susceptible to admission or denial. To the extent any statements may constitute properly formed averments, Defendant denies Plaintiff's factual recitation- other than the date, the fact that Plaintiff used profanity, had to be escorted out of the cell-block, and was treated for any injuries- all of which occurred in a lawful manner. The information conveyed in Section IV of Plaintiff's Complaint is false. Consequently, all allegations that Defendant violated any right of the Plaintiff or caused him any damages or harm is hereby denied. To the extent allegations are asserted against other individuals or non-parties, Defendant is without knowledge or information sufficient to form a belief as to the truth of such allegations contained in Section IV of Plaintiff's Complaint and otherwise denies all allegations of causation, liability, and damages.

Claim I, II, III: Denied. Defendant incorporates his response to the preceding rhetorical paragraphs including all denials hereto.

### V. PREVIOUS LAWSUIT AND ADMINISTRATIVE RELIEF

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained within Section V, paragraph 1 of Plaintiff's Complaint.

6. No allegation is made in Section V, paragraph 2, so no response is necessary.

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

7. No allegation is made in Section VI, paragraph 1, so no response is necessary.

## VII. REQUEST FOR RELIEF

No allegation is made in Section VII and no request for relief is stated. Defendant denies Plaintiff is entitled to any relief.

Any allegations, whether of fact or law, in the Plaintiff's Complaint not specifically admitted or denied herein are hereby DENIED. Defendant reserves the right to amend his Answer as justice may require.

WHEREFORE, Defendant, C.O. Aaron Brooks, by counsel, requests that judgment be entered herein in his favor and against Plaintiff; and that the Court grant him all other just and proper relief in the premises.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

*/s/ Cory C. Voight*
Matthew L. Hinkle, #19396-29
Cory C. Voight, #23180-49
*Attorneys for Defendants*

# JURY DEMAND

Defendant requests trial by jury on all issues so triable.

        Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

*/s/ Cory C. Voight*
Matthew L. Hinkle, #19396-29
Cory C. Voight, #23180-49
*Attorneys for Defendants*

# AFFIRMATIVE DEFENSES

Subject to ongoing investigation and discovery and without waiving any of the defenses set forth above, or any other defenses available at law or equity, C.O. Aaron Brooks, by counsel, respectfully asserts the following defenses to the allegations in the Complaint:

1. The Complaint fails to state a claim for which relief may be granted.

2. Plaintiff's rights, privileges and immunities secured under the Constitution or laws of the United States have not been violated by any alleged actions or inactions of the Defendant.

3. Defendant is entitled to qualified immunity from liability because he did not violate any federal right of Plaintiff that was clearly established or would have been known to a reasonable person at that time of the alleged violation.

4. Plaintiff may have failed to exhaust administrative remedies prior to bringing this lawsuit including but not limited to those required under the PLRA as a condition precedent to filing suit. Defendant is further investigating this affirmative defense and asserting it here to preserve it.

5. Defendant's actions were reasonably related to a legitimate penological interest.

6. Defendant did not directly participate in any alleged deprivation of Plaintiff's constitutional rights.

7. To the extent Defendant used force upon Plaintiff, such force was utilized in a reasonable manner in the context of maintaining safety and security, in good faith to maintain or restore discipline.

8. Plaintiff may have failed to mitigate his damages to the extent they are found to exist.

9. The actions or inactions of Defendant did not cause Plaintiff's injuries and were not the proximate cause of Plaintiff's injuries. Plaintiff caused, contributed to causing, and incurred the risk of injury by his actions.

10. Plaintiff is not entitled to compensatory damages pursuant to 42 U.S.C. § 1997e(e).

11. Defendant expressly reserves all immunities to which he is entitled under the laws of the State of Indiana or the United States of America.

12. Defendant hereby reserves any and all rights he may raise as additional defenses as discovery in this cause continues and is ongoing.

WHEREFORE, Defendant, C.O. Aaron Brooks, by counsel, requests that judgment be entered herein in his favor and against Plaintiff; and that the Court grant him all other just and proper relief in the premises.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**


*/s/ Cory C. Voight*
Matthew L. Hinkle, #19396-29
Cory C. Voight, #23180-49
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on **January 3, 2017**, a copy of the foregoing was filed electronically and service of the foregoing was made on the below listed individuals in the traditional paper manner, via first-class U. S. Mail:

Quincey Phillip Minton – 153971
Pendleton – CIF
Correctional Industrial Facility
Inmate Mail/Parcels
5124 W. Reformatory Road
Pendleton, IN 46064

>                          */s/  Cory C. Voight*_____
>                          Matthew L. Hinkle, #19396-29
>                          Cory C. Voight, #23180-49

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 - telephone
(317) 573-5385 - facsimile
Email: mhinkle@chwlaw.com
          cvoight@chwlaw.com